MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-6838
    Email: Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-502 RS |
| | ) | |
|     Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER EXCLUDING |
| v. | ) | TIME FROM OCTOBER 30, 2012 |
| | ) | THROUGH NOVEMBER 20, 2012 |
| | ) | |
| GERARDO GUSTAVO CASTRO | ) | |
| ARELLANO, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

[PROPOSED] ORDER
CR 12-502 RS

**[~~PROPOSED~~] ORDER**

On October 30, 2012, the parties in this case appeared before the Court. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from October 30, 2012 through November 20, 2012 for effective preparation of counsel. The parties represented that the exclusion was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

As the Court found on October 30, 2012, and for the reasons stated above, the Court finds that an exclusion of time from October 30, 2012 through November 20, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED:_ 11/20/12 _____                    _____
                                           THE HONORABLE RICHARD SEEBORG
                                           United States District Court Judge