| | |
|---|---|
| 1 | STEVEN G. KALAR <br> Federal Public Defender |
| 2 | JODI LINKER <br> Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building <br> 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 <br> Telephone: (415) 436-7700 |
| 5 | |
| 6 | Counsel for Defendant CASTRO-ARELLANO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-12-0502 RS |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] <br> ) ORDER TO CONTINUE SENTENCING |
| v. | ) HEARING |
| GERARDO GUSTAVO CASTRO-ARELLANO, | ) |
| Defendant. | ) |

The parties jointly request that, subject to the Court's approval, the sentencing hearing presently set for February 5, 2013 be continued to March 12, 2013 at 2:30 pm.

On November 20, 2012, defendant Gerardo Castro-Arellano pleaded guilty to a one count indictment charging him with a violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), possession with intent to distribute methamphetamine, pursuant to a plea agreement with the government. At that time, the Court scheduled February 5, 2013 for the sentencing hearing. Unfortunately, defense counsel has since learned that she will be out of the office to undergo shoulder surgery next week, and is therefore unavailable to participate in the Presentence Report interview in time to allow the report to be prepared in time for the February 5th sentencing date.

Accordingly, the parties jointly request that the sentencing hearing be continued to March 12, 2013 at 2:30 pm. The United States Probation Officer assigned to this case has no objection to this request.

IT IS SO STIPULATED.

| | |
|---|---|
| December 11, 2012 | /s/ |
| DATED | MATTHEW L. McCARTHY |
| | Assistant United States Attorney |

| | |
|---|---|
| December 11, 2012 | /s/ |
| DATED | JODI LINKER |
| | Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| 12/11/12 | |
| DATED | RICHARD SEEBORG |
| | United States District Judge |